UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERNEST C. SMALLWOOD, JR. and EARTHA Y. SMALLWOOD, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:19-cv-1708-B |
| WILLOW WAY, LLC and BANK OF AMERICA, N.A., | § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: DECEMBER 20, 2019.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE